Taylor,
 
 Judge,
 

 (after a lengthy argument.) — If I make a mistake in giving judgment, it. caunei be said I nave done so
 
 without the assistance of
 
 counsel.
 
 *
 
 Much time has be consumed.
 
 The
 
 witness is competent to prove the fact he was adduced
 
 to
 
 prove. If he establishes the fact he was adduced to prove, still
 
 *177
 
 foe may be sued by Dickens for the contents of the notes j and this recovery against Milner, tffected by hi:; testimony, cannot be given in evidence for him. As to the other point, I admit that sio submission of the parties can i*ive jurisdiction to a court; and consequently, submitting to an answer, will not; yet if the court orders an account to be taken, and a report is made and exceptions taken and set for argument, it is ico late then to say that the demand is merely legal, and to move for « dismission of the bill. The cases which have been read, of dismissing a bill after answer, appear to have been where the answer has been brought on upon bill and answer; no case has been offered of a dismission after s. report made in pursuance of an imtrtecutory decree.
 

 §lnere de
 
 hoc»
 

 *
 

 Haywood.